IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE CLEMENTE | : |
| | : |
| v. | : CIVIL ACTION NO. 14-1515 |
| | : |
| BERTUCCI'S RESTAURANT CORP. | : |

## O R D E R

AND NOW, TO WIT: This  12th  day of  September , 2014, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:      /s/ Patricia Clark
Civil Deputy Clerk to Judge McHugh

Copies EMAILED on  9/12/14  to:

Jordan A. Schatz, Esquire
Darren Michael Creasy, Esquire